Form ocvp  (Revised 07/24/2012)

**United States Bankruptcy Court − District of Kansas**
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number: 13−23121                                    Chapter: 13

In re:

Kristie Lynn McBratney
725 1/2 Massachusetts
Lawrence, KS 66044

SSN: xxx−xx−5107

| **Entered By The Court**<br>**12/2/13** | **ORDER TO CORRECT VOLUNTARY PETITION IN BANKRUPTCY** | **Filed By The Court**<br>**12/2/13**<br>**David D. Zimmerman**<br>**Clerk of Court**<br>**US Bankruptcy Court** |
|---|---|---|

The above−captioned voluntary petition in bankruptcy and/or accompanying documents are defective and/or missing. The following corrections/amendments must be made within fourteen (14) days of the entry of this order or the case will be dismissed without further notice.

**Missing/Defective Documents:**
**Aty Disclosure Stmt.**
**Ch 13 Form B−22C**
**Chapter 13 Plan**
**Declaration re DB Sched**
**Employee Income Record**
**Schedule A**
**Schedule B**
**Schedule C**
**Schedule D**
**Schedule E**
**Schedule F**
**Schedule G**
**Schedule H**
**Schedule I**
**Schedule J**
**Stmt. of Fin. Affairs**
**Summary of Schedules**

**CORRECTIONS MUST BE SUBMITTED USING THE LATEST VERSION OF THE APPROPRIATE OFFICIAL FORM. FAILURE TO CORRECT WITHIN FOURTEEN (14) DAYS WILL RESULT IN DISMISSAL**

Please note that Official Forms are available on www.ksb.uscourts.gov.

Document 6                                    s/   David D. Zimmerman
                                              Clerk, United States Bankruptcy Court